UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LENWORTH HASTINGS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAL WESTERN RECONVEYANCE CORP., et al.,<br><br>　　　　Defendants. | 2:11-CV-00762-PMP-RJJ<br><br>ORDER |

　　　IT IS ORDERED that the Court will hold a hearing on Plaintiff's Emergency Hearing Requested (Doc. #17) and Motion for Order to Show Cause (#18) and Temporary Restraining Order (Doc. #19) on Thursday, July 28, 2011 at 9:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: July 26, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　United States District Judge